934

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* MARK JONES, Petitioner-Appellant.

(No. 61016;

First District (1st Division)—July 21, 1975.

PER CURIAM.

Paul Bradley and Victoria J. Meyers, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.